No. 83–1567. CROSS *v.* GENERAL MOTORS CORP. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the

consideration or decision of this petition.